UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF THE COMPLAINT OF JOHN TIMMEL and MARGUERITE TIMMEL, as owners of a 48' Duffy Trawler, *M/Y IRISH AYES*, Bearing Hull Identification No. DUJ11497I393 for Exoneration from or Limitation of Liability,

Case No: 8:26-cv-01682-JLB-AEP

Petitioners.
_______________________________________/

**ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 32), recommending that: Petitioners' Motion for Default Judgment against all Non-Appearing Claimants (Doc. 30) be granted; and all persons and entities who failed to file a claim be barred from the filing of any further claims or answers in these proceedings or in any other proceedings related to or arising out of the event described in the Complaint (Doc. 1). No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The United States Magistrate Judge's Report and Recommendation (Doc. 32) is **ADOPTED** and made a part of this Order for all purposes.
2. Petitioners' Motion for Default Judgment against all Non-Appearing Claimants (Doc. 30) is **GRANTED**.
3. All persons and entities who failed to file a claim are barred from the filing of any further claims or answers in these proceedings or in any other proceedings related to or arising out of the event described in the Complaint (Doc. 1).

**IT IS SO ORDERED** in Tampa, Florida, on September 10, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE